IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CLARENCE THOMAS, | ) | |
| | ) | Case No. 4:10CV00015 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of United States Magistrate Judge B. Waugh Crigler, entered on January 19, 2011, recommending that the case be remanded to the Commissioner of Social Security ("Commissioner") for further proceedings. The Commissioner filed objections to the Magistrate's Report and Recommendation and the Plaintiff responded to those objections in turn. I have reviewed the Magistrate Judge's recommendation, Defendant's objections, Plaintiff's response, and relevant portions of the record. The matter is now ripe for decision. For the reasons set forth in the accompanying Memorandum Opinion, I **ADOPT** the Magistrate's Report and Recommendation and **OVERRULE** the Defendant's Objections. This case shall be **REMANDED** to the Commissioner to take further evidence in the manner directed in the accompanying Memorandum Opinion.

The clerk is directed to send certified copies of this Order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

Entered this 11th day of March, 2011.

                                                          s/Jackson L. Kiser
                                                          Senior United States District Judge